UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MEDICAL SOLUTIONS, INC.**
3901 Centerview Drive; Suite L
Chantilly, Virginia 20151

       Plaintiff

v.

**C CHANGE SURGICAL LLC.**
101 North Chestnut Street; Suite 301
Winston-Salem, North Carolina 27101

       Defendant

Civil Action No. _____

## COMPLAINT

Plaintiff Medical Solutions, Inc., by its complaint of patent infringement against defendant C Change Surgical LLC., alleges and avers as follows:

## PARTIES

1. Plaintiff Medical Systems, Inc. ("MSI") is a Virginia corporation having a place of business at 3901 Centerview Drive, Suite L. Chantilly, Virginia 20151.

2. Upon information and belief, defendant C Change Surgical LLC. ("C Change") is a North Carolina Limited Liability Company having a place of business at 101 North Chestnut Street, Suite 301, Winston-Salem, North Carolina 27101.

## JURISDICTION AND VENUE

3.  This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4.  Venue is proper in this judicial district under 28 U.S.C. § 1391.

## BACKGROUND FACTS

5.  MSI is a medical development, manufacturing, and distribution company that has developed technology for controlled heating and temperature maintenance of medical fluids and related equipment. To protect MSI's technology, MSI has applied for and obtained numerous patents in the United States and abroad.

6.  Upon information and belief, defendant C Change manufactures and/or distributes and/or sells and/or offers to sell equipment for control of heating of medical fluids and equipment. These products have been marketed in the United States and within the jurisdiction of this Court, including equipment sold under the trademark IntraTemp.

7.  Upon information and belief defendant C Change had notice of MSI's asserted patent rights of at least the following U S. Patents: 6,259,067 and 6,384,380 by their equipment that controls heating of medical fluids and related equipment.

8.  This action relates to the defendant C Change's infringement of MSI's United States patents covering apparatus and methods that control heating of medical fluids and equipment.

## PATENTS AT ISSUE

9.     On July 10, 2001, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,259,067 by Faries, et al ("the '067 Patent") for an invention entitled "Temperature Control System and Method for Heating and Maintaining Medical Items at Desired Temperatures." A copy of the '067 Patent is attached to as Exhibit A.

10.     On May 7, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,384,380 by Faries, et al ("the '380 Patent") for an invention entitled "Temperature Control Cabinet System and Method for Heating Items to Desired Temperatures." A copy of the '380 Patent is attached to as Exhibit B.

11.     MSI is the owner of the entire right, title, and interest in and to the '067 and '380 Patents. The '067 and '380 Patents are collectively referred to as "the MSI Patents."

## FIRST CLAIM FOR RELIEF

12.     MSI alleges and incorporates herein the foregoing allegations in paragraphs 1-11 as if set forth in their entirety.

13.     Upon information and belief, C Change's actions in manufacture and/or having manufactured equipment that controls heating of medical fluids and related equipment infringe the MSI Patents and has actively infringed and/or induced infringement of and/or has contributorily infringed the MSI Patents, which infringement is ongoing.

14.     Upon information and belief, C Change's actions in using and/or distributing equipment that controls heating of medical fluids and related equipment

infringe the MSI Patents and has actively infringed and/or induced infringement of and/or has contributorily infringed the MSI Patents, which infringement is ongoing.

15. Upon information and belief, C Change's actions in offering to sell and/or selling equipment that controls heating of medical fluids and related equipment infringe the MSI Patents and has actively infringed and/or induced infringement of and/or has contributorily infringed the MSI Patents, which infringement is ongoing.

16. The foregoing acts of patent infringement by C Change has caused, and unless enjoined by this Court, will continue to cause, immediate and substantial irreparable injury and damage to MSI, and MSI has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Medical Solutions, Inc. prays for the following relief and an entry of judgment from this Court:

A. Holding that each of the MSI Patents was duly and legally issued, is valid, and enforceable;

B. Holding that C Change Surgical LLC has directly infringed, contributorily infringed, and/or induced infringement of one or more of the claims of each of the MSI Patents;

C. Holding that C Change Surgical LLC has willfully infringed one or more of the MSI Patents;

D. Finding that this action is an "exceptional" case within the meaning of 35 U.S.C. § 285, and awarding Medical Solutions, Inc. its reasonable attorney fees and expenses;

E. Permanently enjoining C Change Surgical LLC and their respective officers, agents, servants, employees, attorneys, and those persons in active concert of participation with them who receive actual notice of the order from committing further acts of infringement;

F.  Awarding damages to Medical Solutions, Inc. and trebling such damages under 35 U.S.C. § 284;

G.  Awarding costs to Medical Solutions, Inc.; and

H.  Such other relief as this Court deems necessary and just.

### JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff hereby demands a trial by jury on all issues so triable.

Dated: July 11, 2006

Respectfully submitted,

_____
James H. Laughlin, Jr. (DC Bar No. 105064)
John P. Moran (DC Bar No. 375888)
Thomas S. Valente (DC Bar No. 480622)

HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

Telephone: 202 955-3000
Facsimile: 202 955-5564

*Attorneys for Plaintiff Medical Solutions, Inc.*