CO-386-online
10/03

# United States District Court
# For the District of Columbia

Medical Solutions, Inc.           )
                                  )
                                  )
                                  )
                                  )
            vs      Plaintiff     )   Civil Action No._____
                                  )
C Change Surgical LLC.            )
                                  )
                                  )
                  Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Medical Solutions, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

_Attorney of Record_
_Signature_

__105064__
BAR IDENTIFICATION NO.

James H. Laughlin
Print Name

2099 Pennsylvania Avenue; Suite 100
Address

Washington, D.C. 20006
City            State           Zip Code

202 955-3000
Phone Number