AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MEDICAL SOLUTIONS, INC.

    Plaintiff(s)    )    **APPEARANCE**

    vs.    )    CASE NUMBER   1:06CV01261
C CHANGE SURGICAL, LLC.

    Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __John P. Moran__ as counsel in this
                    (Attorney's Name)

case for: __Medical Solutions, Inc.__
       (Name of party or parties)

August 24, 2006
Date

*[signature: John P. Moran]*
Signature

John P. Moran
Print Name

DC Bar No. 375888
BAR IDENTIFICATION

2099 Pennsylvania Avenue, NW
Address

Washington, DC     20006
City     State     Zip Code

(202) 828-1848
Phone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> C CHANGE SURGICAL LLC., <br><br> Defendant. | Civil Action No. 1:06CV01261 |

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing Notice of Appearance of John P. Moran is being served on counsel for Defendants C Change Surgical LLC. on this 24th day of August, 2006 by first class mail to:

Tonya R. Deem, Esq.
J. Stephen Gardner, Esq.
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

_____
Thomas S. Valente