UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDICAL SOLUTIONS, INC.,

Plaintiff,

vs.

C CHANGE SURGICAL LLC,

Defendant.

Civil Action No. 1:06-cv-01261-PLF

**Disclosure of Corporate Affiliations And Financial Interests**

Pursuant to Local Civil Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Defendant C Change Surgical LLC, certify that to the best of my knowledge and belief, C Change Surgical LLC has no parent company, subsidiary or affiliate which has any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

This the 18th day of September 2006.

Constance K. Robinson
D.C. Bar No. 244806

*Attorney for Defendant C Change Surgical LLC*

KILPATRICK STOCKTON LLP
607 14th Street, NW
Suite 900
Washington, DC  20005-2018
Telephone:  (202) 508-5822
Facsimile:  (202) 585-0002
Email:  crobinson@kilpatrickstockton.com

US2000 9454648.1 55362-317991