# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> C CHANGE SURGICAL LLC, <br><br> Defendant. | Civil Action No. 1:06-cv-01261-PLF |

**DECLARATION OF PATRICK KAMMER IN SUPPORT OF
DEFENDANT C CHANGE SURGICAL LLC'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Patrick Kammer, declare and state as follows:

1. I am the President and Chief Executive Officer of C° Change Surgical LLC ("C Change"), the defendant in the above captioned action. I submit this declaration in support of C Change's Motion to Dismiss for Lack of Personal Jurisdiction.

2. C Change is a limited liability company organized and existing under the laws of the State of North Carolina with its principal and only place of business in Winston-Salem, Forsyth County, North Carolina.

3. C Change was organized in July 2004 for the purpose of developing and commercializing technologies that improve operating room staff and procedure efficiency, patient safety and clinical outcomes in surgical procedures. The only technology that has been developed by C Change to date is IntraTemp™, a mobile workspace that controls the temperature of surgical fluids. I understand that Plaintiff Medical Solutions, Inc. ("MSI") contends that IntraTemp™ infringes patents owned by MSI.

4. As stated above, C Change is operated from Winston-Salem, North Carolina. C Change is not registered to do business in the District of Columbia and has no customers, sales agents, employees, offices, manufacturing facilities, bank accounts, telephones or telephone listings in the District. Furthermore, C Change has not acquired ownership, possession or control of an asset or thing of value in the District of Columbia and has not made, used or sold any products in the District. While C Change maintains an internet website, www.cchangesurgical.com, that is accessible from the District of Columbia, the website does not include interactive features and is not specifically targeted to residents of the District.

5. C Change has participated in no sales calls within the District of Columbia, has directed no mass mailings or general marketing efforts at the District and has generated no revenue from the District.

6. The IntraTemp™ is manufactured in North Carolina.

7. C Change has not made, used, offered to sell or sold any IntraTemp™ units in the District of Columbia.

8. C Change's *only* contact with the District of Columbia is its participation as an exhibitor at the 2006 Association of PeriOperative Registered Nurses ("AORN") Congress which was held in Washington, D.C. on March 19-23, 2006. According to information available on AORN's 2006 Congress website, http://www.aorn.org/Congress/2006/attendees/default.asp, C Change was one of approximately 600 exhibitors at the trade show. The trade show is held once a year at different locations. For example, the 2007 Congress will be held in Florida.

9. At the 2006 AORN Congress, C Change rented a 10' x 20' booth in which it displayed three IntraTemp™ units and had available brochures describing IntraTemp™. A copy of the brochure available at the trade show is attached hereto as Exhibit A.

10. The 2006 AORN Congress was C Change's first display of IntraTemp™ at a trade show. C Change's primary purposes in participating in the trade show was to promote C Change to potential marketing partners, acquirers and/or investors and to receive feedback on IntraTemp™. C Change did not attend the trade show to sell IntraTemp™ units, to negotiate sales or to take orders; moreover, C Change did not offer any units for sale, sell any units, negotiate sales or take orders at the show. In fact, the units displayed were prototypes and not ready for commercial release. Finally, C Change did not have available at the trade show, and, to my knowledge, no one associated with C Change provided any pricing information or price quotes on the units.

11. Organizers of the 2006 AORN Congress had available to attendees and exhibitors a system which facilitated the collection of attendees' contact information for follow-up by the exhibitors. In connection with their registration for the trade show, attendees were given an identification card on which was imbedded their contact information, and exhibitors were provided with a machine on which the attendees could "swipe" their cards if they wanted to leave their contact information.

12. According to information available on AORN's 2006 Congress website, more than 6,800 individuals attended the trade show. Attendees included clinical professionals, such as nurses and hospital administrators, and potential investors. While I do not know the total number of attendees who visited C Change's booth, approximately 100 clinical

3

professionals left their contact information through the swiping system made available by the organizers of the trade show. Of those approximately 100 clinical professionals, *no one* was from the District of Columbia.

13.  Because C Change participated in the trade show primarily to promote itself to potential marketing partners, acquirers and/or investors and to receive clinical feedback on IntraTemp™, it has not initiated follow-up contact with any of the clinical professionals who left their contact information through the swiping system. In fact, C Change primarily collected the information so that it could report to potential marketing partners, acquirers or investors how well its product was received.

14.  Since the 2006 AORN Congress, C Change has had a limited release of IntraTemp™. The releases were not the direct result of C Change's participation in the AORN conference.

15.  The first release of IntraTemp™ was to The Memorial Hospital of Easton in Easton, Maryland ("The Memorial Hospital"). Approximately one month after the 2006 AORN Congress, Patty McNeal of The Memorial Hospital ("Ms. McNeal") telephoned C Change in North Carolina and indicated that a friend of hers had told her about IntraTemp™ after seeing C Change's display at the trade show. Ms. McNeal indicated that, based on her friend's recommendation, she reviewed the information regarding IntraTemp™ available on C Change's website and was interested in participating in a clinical trial. C Change placed two units with The Memorial Hospital in July 2006. The negotiations leading up to the placement of the units took place in North Carolina and Maryland—not in the District of Columbia.

4

16. The second release of IntraTemp™ involved the temporary placement of five units with Wellstar Kennestone Hospital in Marietta, Georgia ("Wellstar Hospital") for clinical evaluation. The units were placed with Wellstar Hospital between June 19, 2006 and July 26, 2006. C Change did not charge Wellstar Hospital for the use of the units, and Wellstar Hospital did not pay for them. While representatives of Wellstar Hospital visited C Change's booth at the AORN trade show, the placement of the units at Wellstar Hospital was the direct result of representatives of the hospital initiating contact with C Change through its website on May 26, 2006. The negotiations leading up to Wellstar Hospital's evaluation of the units took place in North Carolina and Georgia—not in the District of Columbia.

17. To date, the sale to The Memorial Hospital is the only sale of IntraTemp™ that C Change has made. C Change has made no sales to any resident of the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the __14__ day of September 2006.

_____
Patrick Kammer

# Exhibit A to Declaration of Patrick Kammer

IntraTemp™

**Share a little warmth with your surgical staff and patients.**

C Change
SURGICAL

# Share a little warmth with yc
# It can help you save $2,500 to $

**Introducing IntraTemp,** it will take the uncertainty out of surgical fluids. IntraTemp defines the new standard of care in portable controlled-temperature for irrigation and lavage fluids. Instead of warming fluids away from where you are using them, IntraTemp is completely mobile, allowing for a more efficient way to guarantee the correct temperature to your patients. IntraTemp puts temperature control where you need it, when you need it, and provides chartable data. Reduce stress for your staff and risk for your patients.

Seldom does the opportunity present itself which allows you to satisfy your staff while adding extra safety and warmth for your patients. IntraTemp truly allows you to share the warmth and the care.



*INTELLIGENT WORKSPACE: The intelligently designed platform provides efficient workspace around your fluids.*



*TRUSTED CONTAINERS: Trusted containers come in familiar 6 liter or 1 liter sizes. Organizer pegs help improve efficiency.*



*EXTRA STORAGE: Temperature-controlled side "Bottle Pockets" warm supplementary fluids. Extra storage space below.*

# ur surgical staff and patients.
# 7,000 of unplanned patient care.

Procedure delays concerning fluids become a thing of the past when IntraTemp controls, maintains, and displays irrigating and lavage fluid temperatures in your sterile field.

> *"I'd use your fluid controller on every one of my abdominal or scope cases... my irrigating fluid is never warm when I need it."* *

> *"You have got to see my head nurse about this! My irrigating fluid is never warm during my C sections and it drives me crazy. All of my patients wind up cold and shivering like crazy at the end of the procedure."* *

> *"Doing all the little things right and being able to prove it is increasingly important. Solution temperature isn't known now when it's used on patients and that's not truly safe... this is a part of a big coming issue that will involve JCAHO..."* *

Best practice becomes your practice when IntraTemp provides you with fluid temperature data at the time of use for charting.

> *"The scrub person needs to be aware of the irrigation temperature before he or she transfers the solution to the surgeon."* -AORN Journal June 2005 *

> *"Once this measured solution temperature data becomes available and is charted, it'll become standard of care."* *

> *"I'm as worried about fluids being too hot as too cold."* *

Increase your efficiency and lower your risk as IntraTemp warms an "extra" supply of fluids.

> *"Not having to worry about rushing out my room for more fluid will keep the surgeons happier and keeps the focus on more important things...like the patient."* *

IntraTemp organizes your tools while warming fluids; it's a mobile "intelligent" procedure table

> *"Improvements requiring little to no change are the easiest moves to make for a clinician - you're going to have very wide acceptance with this product."* *

> *" Surgeons have another concern about sterile solutions beyond their temperature and that's proper identification at the time of use. Improving the identification and organization of our fluids and the tools we use with them is a very smart idea."* *

\* Atributions available upon request

# ThermaBasin™ Kits

For more information about any of the following kit items, please contact us at **877.989.3737** or email service@cchangesurgical.com.



► **Syringes, Needles, Scalpels**

10 ml BD syringe Luer Lock
10 ml BD syringe Luer Slip
20 ml BD syringe Luer Lock
30 ml BD syringe Luer Lock
5 ml BD syringe Luer Lock
5 ml BD syringe Luer Slip
3 ml BD syringe Luer Slip
25 gauge 1 1/2"
25 gauge 5/8"
27 gauge 1 1/2"
20 gauge spinal needle 3 1/2"
19 gauge 1 1/2"
16 gauge 1 1/2"
21 gauge 1 1/2"
#11 Disposable scalpel with safety guard
#11 scalpel blade no handle
#11 fixed blade scalpel

► **Gowns, Drapes, Towels and Table Covers**

Prep Table Cover - 42" x 74"
Gown, XL
3/4 Drape 60" x 76"
1/2 Drape 43" x 58"
Drape, Split, 47" x 51" white plastic with tape
Drape, Slit, 47" x 51" blue plastic with tape
Utility Drape 15" x 26"
Sponge, Winged Prep, Large
Surgical Paper Towels, 15" x 24"
4" bias cut stockinette
O.R. Towels
Gauze, 4" x 4"
Steri Strips, 1/2" x 4"
Steri Strips, 1/4" x 3"
Ultra Sound Probe Cover, 6" x 96"
Rubber Bands

► **Accessories**

Lidocaine, HCl USP 1%, 5ml
Ultrasound gel, 20 grams
Betadine
Prep Stick Sponge
500 cc utility Bowl
250 cc solution bowl
2 oz. Medicine cup
32 oz. Bowl
Lid for 32 oz bowl
I.V. access tube vented spike, 72"
Skin Marker with ruler
Mosquito Forcep
Needle Holder
Self Adherent Wrap, 4" x 5 yds.
Light Handle Cover
Sharps Holder
Needle Counter
Towel Clip, plastic
Waste Collection Bowl



C⁴ₜChange™
SURGICAL

101 North Chestnut Street
Suite 301
Winston-Salem, NC 27101
877.989.3737
www.cchangesurgical.com

# IntraTemp™

**Quality of Care Impact** – Every surgical patient is at risk for perioperative hypothermia. Unplanned, mild perioperative hypothermia increases the cost of care for each patient by $2,500 - $7,000.[1] Maintaining normothermia during surgery is becoming the community standard of care.[2] We're now in a period of intense Outcome Measurement, Risk Management and Best Practices implementation. For example, the CMS & CDC's nationwide Surgical Care Improvement Project seeks to reduce four costly surgical complications 25% by the year 2010. The maintenance of surgical patient temperature is a core recommendation in helping to reduce costly complications because of the deleterious impact of even mild hypothermia on outcomes.

**Adverse Myocardial Outcomes:** Myocardial infarctions are the leading cause of unexpected death after otherwise routine surgery...a major adverse effect of mild hypothermia is a tripling of the rate of morbid myocardial events.[3]

**Loss of Blood & Transfusion Requirement:** A second major consequence of mild hypothermia is coagulopathy... mild hypothermia has been shown to increase blood loss[4]... It also significantly increased the requirement for allogeneic blood transfusions.[5]

**Wound Infections:** Patients who had a decrease of only 1.9°C in core temperature were 3 times as likely to develop surgical wound infections as were those in whom a normal body temperature of 37°C was maintained.[6]

**Increased Length of Stay:** The duration of hospitalization was 20% longer for patients with hypothermia... This prolongation remained highly statistically significant even when the analysis was restricted to uninfected patients.[7] It's been reported that each SSI adds approximately 7.3 days to a patient's stay.

**Shorter Procedures & Patient Satisfaction:** Thermal discomfort is naturally less important than are morbid cardiac outcomes or coagulopathy. However, it is a consequence that patients take seriously. Patients, asked years after surgery, often identify feeling cold in the immediate postoperative period the worst part of their hospitalization - sometimes rating it worse than surgical pain.[8] Younger patients are more likely to shiver and are also likely to find a given degree of hypothermia more uncomfortable because their behavioral regulation is better preserved.[9]

---

1. Mahoney CB and Odom, J. "Maintaining Intraoperative Normothermia: A Meta-Analysis of Outcomes with Costs." American Assoc of Nurse Anesthetists Journal. March/April, 1999.
2. Sessler DI, Akca O, Nonpharmocological Prevention of Surgical Wound Infections. Healthcare Epidemiology CID 2002:35; 1397-1404 (1 December)
3. Sessler DI, Akca O, Nonpharmocological Prevention of Surgical Wound Infections. Healthcare Epidemiology CID 2002:35; 1397-1404 (1 December)
4. Carli F, Emery PW, Freemantle CAJ. Effect of peroperative normothermia on postoperative protein metabolism in elderly patients undergoing hip arthroplasty. Br J Anaesth 1989; 63:276–82.
5. Sessler DI, Akca O, Nonpharmocological Prevention of Surgical Wound Infections. Healthcare Epidemiology CID 2002:35; 1397-1404 (1 December)
6. Kurz A, Sessler DI, Lenhardt RA. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. N Engl J Med 1996; 334:1209–15.
7. Sessler DI, Akca O, Nonpharmocological Prevention of Surgical Wound Infections. Healthcare Epidemiology CID 2002:35; 1397-1404 (1 December)
8. http//or.org/consequences of perioperative hypothermia-recovery & comfort
9. Sessler DI, Akca O, Nonpharmocological Prevention of Surgical Wound Infections. Healthcare Epidemiology CID 2002:35; 1397-1404 (1 December)



101 North Chestnut Street
Suite 301
Winston-Salem, NC 27101
888.223.2281
www.cchangesurgical.com

©2005 C Change Surgical