UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>C CHANGE SURGICAL LLC,<br><br>           Defendant. | Civil Action No. 1:06-cv-01261-PLF |

**ORDER GRANTING MOTION OF DEFENDANT TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

This matter comes before the Court on Defendant C Change Surgical LLC's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). Upon review of the Motion, supporting papers, and Plaintiff Medical Solutions, Inc.'s response thereto, the Court **ORDERS AND RULES AS FOLLOWS:**

The Court finds that Defendant C Change Surgical LLC lacks substantial, continuous and systematic contacts with the District of Columbia. Accordingly, the Court declines to exercise general jurisdiction over Defendant.

The Court finds that Defendant has not purposefully directed its activities at the residents of the District, that Plaintiff's claims do not arise out of or relate to Defendant's contact with the District of Columbia, and that the exercise of jurisdiction would not be reasonable. Thus, the Court declines to exercise specific jurisdiction over Defendant.

Accordingly, as the Court finds that Defendant lacks minimum contacts with the District of Columbia, Defendant's Motion is **GRANTED**.

      **IT IS SO ORDERED**.

    This the _____ day of _____ 2006.

                                                                                        _____
                                                                                        Honorable Paul L. Friedman
                                                                                        United States District Court Judge