UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> C CHANGE SURGICAL LLC, <br><br> Defendant. | Civil Action No. 1:06-cv-01261-PLF |

**MOTION FOR ADMISSION *PRO HAC VICE* OF TONYA R. DEEM**

Pursuant to LCvR 83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves that this Court admit Tonya R. Deem, Esq., *pro hac vice* to represent Defendant C Change Surgical LLC in the above-captioned matter. I represent that:

1. Ms. Deem's full name is Tonya R. Deem. Her office address is Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400. Her telephone number is (336) 607-7300 and facsimile number is (336) 607-7500. Her e-mail address is tdeem@kilpatrickstockton.com.

2. Ms. Deem has been a member in good standing of the North Carolina State Bar since 1996. She also is admitted to practice in the United States District Court for the Middle District of North Carolina, the United States District Court for the Eastern District of North Carolina, and the United States District Court for the Western District of North Carolina since 1996.

US2000 9493640.1

3. Ms. Deem is a member in good standing of the courts listed above and never has been denied admission nor disciplined in any court. She has not been admitted *pro hac vice* in this Court in the past two years.

4. Ms. Deem's qualifications to be admitted *pro hac vice* in this matter are more fully set forth in the accompanying Declaration of Tonya Deem (Exhibit 1 hereto).

This 18th day of September, 2006.

Respectfully submitted,

\_\_\_/s/ Constance K. Robinson\_\_\_\_
Constance K. Robinson
D.C. Bar No. 244806
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 508-5800

## **CERTIFICATE OF SERVICE**

This certifies that on September 18, 2006, the below attorney of record for Defendant C Change Surgical LLC electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE OF TONYA R. DEEM with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James H. Laughlin, Jr., Esq.
>Email:  jim.laughlin@hklaw.com
>John P. Moran, Esq.
>Email:  john.moran@hklaw.com
>Thomas S. Valente, Esq.
>Email:  tom.valente@hklaw.com
>HOLLAND & KNIGHT, LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C.  20006

>     /s/ Constance K. Robinson
>Constance K. Robinson
>D.C. Bar No. 244806
>KILPATRICK STOCKTON LLP
>607 14th Street, NW
>Suite 900
>Washington, DC  20005-2018
>Telephone:  (202) 508-5822
>Facsimile:  (202) 585-0002
>Email:  crobinson@kilpatrickstockton.com