UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>C CHANGE SURGICAL LLC,<br><br>Defendant. | Civil Action No. 1:06-cv-01261-PLF |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN GARDNER**

Pursuant to LCvR 83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves that this Court admit Steven Gardner, Esq., *pro hac vice* to represent Defendant C Change Surgical LLC in the above-captioned matter. I represent that:

1. Mr. Gardner's full name is Steven Gardner. His office address is Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400. His telephone number is (336) 607-7300 and facsimile number is (336) 607-7500. His e-mail address is sgardner@kilpatrickstockton.com.

2. Mr. Gardner has been a member in good standing of the North Carolina State Bar since 1994. He also is admitted to practice in the U.S. Court of Appeals for the Federal, Fourth and Eleventh Circuits, the United States District Court for the Middle District of North Carolina, the United States District Court for the Eastern District of North Carolina, the United States District Court for the Western District of North Carolina, the United States District Court for the District of Colorado and the United

States District Court for the Central District of Illinois since 1994. He also has been admitted to practice in the United States Patent and Trademark Office since 1996.

3. Mr. Gardner is a member in good standing of the courts listed above and never has been denied admission nor disciplined in any court. He has not been admitted *pro hac vice* in this Court in the past two years.

4. Mr. Gardner's qualifications to be admitted *pro hac vice* in this matter are more fully set forth in the accompanying Declaration of Steven Gardner (Exhibit 1 hereto).

This 18th day of September, 2006.

                                            Respectfully submitted,

                                            ___/s/ Constance K. Robinson_____
                                            Constance K. Robinson
                                            D.C. Bar No. 244806
                                            Kilpatrick Stockton LLP
                                            607 14th Street, N.W.
                                            Suite 900
                                            Washington, D.C. 20005
                                            (202) 508-5800

## CERTIFICATE OF SERVICE

This certifies that on September 18, 2006, the below attorney of record for Defendant C Change Surgical LLC electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE OF STEVEN GARDNER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James H. Laughlin, Jr., Esq.
>Email: jim.laughlin@hklaw.com
>John P. Moran, Esq.
>Email: john.moran@hklaw.com
>Thomas S. Valente, Esq.
>Email: tom.valente@hklaw.com
>
>HOLLAND & KNIGHT, LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C. 20006

>     /s/ Constance K. Robinson
>Constance K. Robinson
>D.C. Bar No. 244806
>KILPATRICK STOCKTON LLP
>607 14th Street, NW
>Suite 900
>Washington, DC 20005-2018
>Telephone: (202) 508-5822
>Facsimile: (202) 585-0002
>Email: crobinson@kilpatrickstockton.com