UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDICAL SOLUTIONS, INC.,

Plaintiff,

vs.

C CHANGE SURGICAL LLC,

Defendant.

Civil Action No. 1:06-cv-01261-PLF

## DECLARATION OF STEVEN GARDNER

1. I hereby request leave of this Court to appear in this matter as counsel *pro hac vice*. I have been retained to so appear in association with Constance K. Robinson, who is counsel of record for Defendant and is an active member of the bar of this Court.

2. My full name is Steven Gardner. I am a resident of the State of North Carolina. My office address is Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, N.C. 27101-2400. My telephone number is (336) 607-7300 and facsimile number is (336) 607-7500.

3. I have been a member in good standing with the North Carolina State Bar since 1994. I am also admitted to practice before the following courts:

- U.S. Court of Appeals for the Federal, Fourth and Eleventh Circuits
- United States District Court for the Middle District of North Carolina
- United States District Court for the Eastern District of North Carolina
- United States District Court for the Western District of North Carolina
- United States District Court for the District of Colorado
- United States District Court for the Central District of Illinois

US2000 9493625.1

4.  I have never resigned nor been reprimanded, suspended, placed on inactive status or disbarred from the practice of law, and there are no grievances pending against me.

5.  I have not been admitted *pro hac vice* in this Court in the past two years.

6.  I personally do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

I have read the foregoing Declaration of two (2) typewritten pages and swear that it is true and correct.

Steven Gardner

Dated: September 14th, 2006

US2000 9493625.1