UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDICAL SOLUTIONS, INC.,

Plaintiff,

vs.

C CHANGE SURGICAL LLC,

Defendant.

Civil Action No. 1:06-cv-01261-PLF

### ORDER ADMITTING STEVEN GARDNER *PRO HAC VICE*

It appearing to the Court that Steven Gardner, attorney-at-law, stated by declaration that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the State of North Carolina.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Steven Gardner to appear in the United States District Court for the District of Columbia is hereby GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge