UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDICAL SOLUTIONS, INC.,

    Plaintiff,

vs.

C CHANGE SURGICAL LLC,

    Defendant.

Civil Action No. 1:06-cv-01261-PLF

**MOTION FOR ADMISSION *PRO HAC VICE* OF JON R. PIERCE**

Pursuant to LCvR 83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves that this Court admit Jon R. Pierce, Esq., *pro hac vice* to represent Defendant C Change Surgical LLC in the above-captioned matter. I represent that:

1. Mr. Pierce's full name is Jon R. Pierce. His office address is Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400. His telephone number is (336) 607-7300 and facsimile number is (336) 607-7500. His e-mail address is jpierce@kilpatrickstockton.com.

2. Mr. Pierce has been a member in good standing of the North Carolina State Bar since 2006 and the Texas State Bar since 2004.

3. Mr. Pierce is a member in good standing of the courts listed above and never has been denied admission nor disciplined in any court. He has not been admitted *pro hac vice* in this Court in the past two years.

4. Mr. Pierce's qualifications to be admitted *pro hac vice* in this matter are more fully set forth in the accompanying Declaration of Jon R. Pierce (Exhibit 1 hereto).

US2000 9493525.1

This 18th day of September, 2006.

                                      Respectfully submitted,


                                      ___/s/ Constance K. Robinson____
                                      Constance K. Robinson
                                      D.C. Bar No. 244806
                                      Kilpatrick Stockton LLP
                                      607 14th Street, N.W.
                                      Suite 900
                                      Washington, D.C.  20005
                                      (202) 508-5800

## CERTIFICATE OF SERVICE

This certifies that on September 18, 2006, the below attorney of record for Defendant C Change Surgical LLC electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE OF JON R. PIERCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James H. Laughlin, Jr., Esq.
>Email: jim.laughlin@hklaw.com
>John P. Moran, Esq.
>Email: john.moran@hklaw.com
>Thomas S. Valente, Esq.
>Email: tom.valente@hklaw.com
>
>HOLLAND & KNIGHT, LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C. 20006

>        /s/ Constance K. Robinson
>Constance K. Robinson
>D.C. Bar No. 244806
>KILPATRICK STOCKTON LLP
>607 14th Street, NW
>Suite 900
>Washington, DC 20005-2018
>Telephone: (202) 508-5822
>Facsimile: (202) 585-0002
>Email: crobinson@kilpatrickstockton.com

US2000 9493525.1