UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> C CHANGE SURGICAL LLC, <br><br> Defendant. | Civil Action No. 1:06-cv-01261-PLF |

## DECLARATION OF JON R. PIERCE

1. I hereby request leave of this Court to appear in this matter as counsel *pro hac vice*. I have been retained to so appear in association with Constance K. Robinson, who is counsel of record for Defendant and is an active member of the bar of this Court.

2. My full name is Jon R. Pierce. I am a resident of the State of North Carolina. My office address is Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, N.C. 27101-2400. My telephone number is (336) 607-7300 and facsimile number is (336) 607-7500.

3. I have been a member in good standing with the Texas State Bar since 2004.

4. I have never resigned nor been reprimanded, suspended, placed on inactive status or disbarred from the practice of law, and there are no grievances pending against me.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

US2000 9493585.1

6.     I personally do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

I have read the foregoing Declaration of two (2) typewritten pages and swear that it is true and correct.

_____
Jon R. Pierce

Dated: September 13, 2006

US2000 9493585.1