UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> C CHANGE SURGICAL LLC, <br><br> Defendant. | Civil Action No. 1:06-cv-01261-PLF |

### ORDER ADMITTING JON R. PIERCE *PRO HAC VICE*

It appearing to the Court that Jon R. Pierce, attorney-at-law, stated by declaration that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the State of North Carolina.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Jon R. Pierce to appear in the United States District Court for the District of Columbia is hereby GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge