UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> C CHANGE SURGICAL LLC., <br><br> Defendant. | Civil Action No. 1:06CV01261 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6, Plaintiff Medical Solutions, Inc. ("MSI"), by counsel, requests an extension of time to file its response to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. The parties have agreed to meet on October 5, 2006, for the purposes of discussing the claims asserted by MSI and Defendant C° Change Surgical LLC's ("C Change") product. Because the extension would aid the parties in their efforts to resolve their disputes, and potentially reduce the burden of litigation on both the Court and the parties, C Change consents to the extension.

The parties have agreed that the discussions will occur without any admission or concession of any issue by, or prejudice to the rights of, either party.

WHEREFORE Plaintiff requests that the time to respond to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be extended from September 29, 2006 to October 25, 2006.

Respectfully submitted,

 /s/ Thomas S. Valente

James H. Laughlin, Jr. (DC Bar No. 105064)
John P. Moran (DC Bar No. 375888)
Thomas S. Valente (DC Bar No. 480622)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202 955-3000
Facsimile: 202 955-5564

Attorneys for Plaintiff Medical Solutions, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEDICAL SOLUTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **C CHANGE SURGICAL LLC.**, <br><br> Defendant. | Civil Action No. 1:06CV01261 |

CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the **CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** and proposed **ORDER** is being served on counsel for Defendant C Change Surgical LLC on this 26th day of September, 2006, by first class mail to:

> Constance K. Robinson, Esq.
> KILPATRICK STOCKTON LLP
> 607 14th Street, NW
> Suite 900
> Washington, DC 20005-2018
>
> Steven Gardner, Esq.
> Tonya R. Deem, Esq.
> Jon R. Pierce, Esq.
> KILPATRICK STOCKTON LLP
> 1001 West Fourth Street
> Winston-Salem, NC 27101-2400
>
>   /s/ Thomas S. Valente