**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MEDICAL SOLUTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **C CHANGE SURGICAL LLC.**, <br><br> Defendant. | Civil Action No. 1:06CV01261 |

## ORDER GRANTING EXTENSION OF TIME

The Court having considered the Plaintiff's Consent Motion for Extension of Time To File Response to Motion to Dismiss, and good cause having been shown, it is, this \_\_\_\_\_ day of _____, 2006:

**ORDERED** that the Motion is granted.  Plaintiff shall file its response to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction by October 25, 2006.

_____
Honorable Paul L. Friedman
United States District Court Judge

# 2999598_v1