**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MEDICAL SOLUTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **C CHANGE SURGICAL LLC.**, <br><br> Defendant. | Civil Action No. 1:06CV01261-PLF |

### ORDER DENYING MOTION OF DEFENDANT TO DISMISS FOR LACK OF PERSONAL JURISDICTION

This matter comes before the Court on Defendant C Change Surgical LLC's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). Upon consideration of the Motion, Plaintiff Medical Solutions, Inc's Memorandum of Points and Authorities in Opposition to the Motion, and the Parties' supporting papers and oral submissions,

It is hereby **ORDERED** that the Defendant's Motion is Denied.

_____
Honorable Paul L. Friedman
United States District Court Judge

**ATTORNEYS TO BE NOTIFIED OF ENTRY OF ORDER:**

For Plaintiff Medical Solutions, Inc.:

James H. Laughlin, Jr.
John P. Moran
Thomas S. Valente
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

For Defendant C Change Surgical LLC:

Constance K. Robinson, Esq.
KILPATRICK STOCKTON LLP
607 14th Street, NW
Suite 900
Washington, DC 20005-2018

Steven Gardner, Esq.
Tonya R. Deem, Esq.
Jon R. Pierce, Esq.
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400