UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEDICAL SOLUTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**C CHANGE SURGICAL LLC,**<br><br>Defendant. | Civil Action No. 1:06CV01261-PLF |

### SUBSTITUTE EXHIBIT 1 TO
### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
### TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Medical Solutions, Inc. ("MSI"), submits the attached Exhibit 1 as a substitute to Exhibit 1 to its Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

/s/ John P. Moran.

James H. Laughlin, Jr. (DC Bar No. 105064)
John P. Moran (DC Bar No. 375888)
Thomas S. Valente (DC Bar No. 480622)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202 955-3000
Facsimile: 202 955-5564

Attorneys for Plaintiff Medical Solutions, Inc.