UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDICAL SOLUTIONS, INC.,

    Plaintiff,

v.

C CHANGE SURGICAL LLC.,

    Defendant.

Civil Action No. 1:06CV01261

### DECLARATION OF CHAD M. CORDELL

Chad M. Cordell declares and states as follows:

1. I reside at 2015 Grand Boulevard # 625 in Kansas City, Missouri and am employed in medical sales. I am a graduate of Pittsburgh State University and received the degree of Bachelor of Science in the field of biology. In my working career I have been involved in medical equipment and systems and am familiar with many products used in surgical suites of hospitals.

2. Since about August, 2006, I have been employed by O.R. Solutions, Inc. ("ORS") as a product specialist. Immediately prior to this time, I was employed as a product demonstrator by Temperature Management Solutions, LLC ("TMS").

3. In my capacity as a product demonstrator for TMS, I demonstrated medical devices and related items, developed, manufactured, and/or sold by ORS or Medical Solutions, Inc. ("MSI").

4. On March 17, 2006, at which time I was employed by TMS, I traveled to the East Coast by plane in order to attend the annual meeting of the Association of PeriOperative Registered

Nurses Congress (the "AORN Meeting") in Washington, D.C. The AORN Meeting is held annually in various cities and it is regularly associated with the local professional nursing group. In 2006, members of the District of Columbia Chapter of the Association of PeriOperative Registered Nurses' actively participated in the AORN Meeting, according to the "May President's Message" on the Chapter's website (http://www.aorndc.org/), which is attached hereto as Exhibit D.

5. During this trip, I also attended meetings in Chantilly, Virginia.

6. The AORN Meeting was held at the Washington Convention Center and I was in the Exhibitor's Hall during the meeting on Tuesday, Wednesday, and Thursday, May 21, 22, and 23, 2006.

7. Both ORS and MSI were exhibitors at the AORN Meeting, and I spent time at both of their respective booths. These booths were separated by other exhibitors but located relatively close to one another.

8. I attend these professional meetings because they provide a unique opportunity to talk to potential customers and demonstrate equipment which those potential customers may be interested in. My intention was to explain and promote ORS and MSI medical products. In order to do so, I spoke with customers and potential customers attending the AORN Meeting, most of whom were nurses or nursing directors.

9. Attendees to the AORN Meeting were given badges that allowed them to provide contact information to exhibitors by swiping the badges at an exhibitor's booth. However, the only information that the exhibitors received as a result of these badges was that provided by the attendee to the AORN. Thus, if the attendee had a Washington D.C. business or home address, but did not provide that address to the AORN, then even if the card was swiped, this action

would not provide the exhibitor with a record of the attendee's D.C. address. Further, it was my experience that not all persons visiting a booth would swipe their badges in order to provide their contact information.

10. On March 21, 2006, the first day that I attended the AORN Meeting, I heard by word-of-mouth that there was an exhibitor at the AORN Meeting who was demonstrating equipment that was similar to medical equipment that I was demonstrating. That same day, I walked toward what I understood to be that exhibitor's booth. This booth was that of C Change Surgical, LLC ("C Change") with large and visible signage of its "IntraTemp" product, a product which appeared to substantially similar in appearance to medical equipment that I was demonstrating during the AORN Meeting.

11. Before closely approaching the C Change IntraTemp booth, I stopped and viewed from a distance the product exhibited in the booth. At that time, there was a person in the booth who appeared to be explaining the product to AORN Meeting attendees.

12. Eventually, I came closer and listened to the person who was indeed telling the attendees about the C Change IntraTemp product. He had on a badge that identified him as a C Change exhibitor at the AORN Meeting, but I did not record his name.

13. I then began to get a closer look and inspected the product in C Change's IntraTemp booth. Photos which presently appear on C Change's website are attached as Exhibits A-C to this declaration and may be found at http://www.cchangesurgical.com/press.html#, then "CLICK HERE to see photos from the 2006 AORN World Congress." I did not take these photographs, but they appear to accurately depict the product that I saw in the C Change IntraTemp booth.

14. The C Change representative began a conversation with me about the product, which he identified to me as "IntraTemp," and he described to me how the IntraTemp product operated and how it worked to warm fluids used in the sterile surgical environment of a hospital.

15. The C Change representative spoke about alleged benefits of the IntraTemp product, such as that it had a removable basin on the top of the device. He showed me how one could take the basin off of the device and set it on a table when the basin still had fluid in it.

16. The C Change representative indicated that he wanted to make the IntraTemp product more visible to potential customers and he compared the IntraTemp product to at least one other similar product, claiming, among other things, that the drape used by ORS was very expensive.

17. The C Change representative did not speak to me of, or suggest to me in any manner, any interest in a business relationship regarding possible companies to acquire, merge with, or invest in, C Change.

18. In my experience, exhibitor companies at the annual meetings of the AORN participate to use and demonstrate their products and, in doing so, create a marketing demand for such products. Because institutions such as hospitals and other medical facilities generally acquire surgical equipment, in my experience, very few products are actually sold at these shows, but the exhibits are the way a product is introduced and promoted, which results in subsequent sales to the attendees' hospitals and facilities.

19. After my conversations with the C Change representative, I did not speak again with anyone at the C Change IntraTemp booth during the AORN Meeting.

20. I attended the AORN Meeting for two more days, then returned home by plane on March 24, 2006.

I declare under penalty of perjury that to the foregoing is true and correct. Executed on October 23, 2006.

_____
Chad M. Cordell

# 4121930_v1

# EXHIBIT A



Two nurses enjoy a foot massage while learning about the only bowl with fluid control.

# EXHIBIT B

**IntraTemp**



Nurses from Georgia provide valuable customer feedback at the
AORN World Congress in Washington, D.C.

# EXHIBIT C

# IntraTemp



Nurses attending the AORN World Congress see how easy the IntraTemp system is to prepare for sterile use. Simply plug the machine in and drape it like a ring-stand.

# EXHIBIT D



AORN : May President's Message
Posted by admin on 2006/5/14 11:05:33 (31 reads)

Dear Perioperative Nursing Colleagues and AORN members,

The 53rd AORN Congress held March 19th thru the 23rd here in Washington DC, was a great success and a wonderful celebration of Perioperative Nursing. Many, many thanks to all our volunteers and moderators. The Student Program on Wednesday was attended by over 300 students. The evaluations I saw were all very complimentary—a wonderful program and a very exciting day. We're getting many calls telling us they had a great time and were so happy to be included.

Kudos to all our members who worked very diligently to recruit these students. It was not an easy job—many phone calls and trips to the various schools. And many thanks to all our members that volunteered to assist with the clinical "hands on" portion of the program.

**President McNamara** opened the first Forum on Monday morning and included the topics of the proposed bylaws amendments, the proposed position statements and heard reports from several Task Force Committees. The House of Delegates convened on Monday afternoon with 1,223 delegates being recognized. McNamara's address covered a multitude of AORN topics and you'll be able to read all of it in your next Journal.

One of the highlights of Congress was the presentation by our Surgeon General, Vice Admiral Richard H. Carmona, MD, MPH, FACS. He endeared himself to a full house at Tuesday's General Session when he said, "My name is Richard Carmona, and I am a nurse" He spoke on "Prevention, Plagues and Politics, Lessons Learned as America's First RN Surgeon General" He explained how his nursing training made him a better person and how he sees the world.

Our first Congress in DC was a wonderful experience for

**Main Menu**
Home AORN DC MENU Downloads
Take a Survey
Contact Us
Search

[ Search ]

Advanced Search

Login
Username:
_____
Password:
_____

[ User Login ]

Lost Password?

Register now!
MiniCalendar



| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

Today

Coming events
No Events

those of us who were able to attend. I'm very proud to say I'm a member of the AORN Chapter of Greater Washington, DC, because all of you did a great job. This Congress will be remembered as one of the best.

Our next meeting will be held at Doctor's Community Hospital in Lanham. MD, on the 19th of April. Hope to see you there.

Mary Agnes "Mike" Barnes, RN, MS, CNOR
Chapter President
AORN of Greater Washington, DC

