UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEDICAL SOLUTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **C CHANGE SURGICAL LLC,** <br><br> Defendant. | Civil Action No. 1:06CV01261(PLF) |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY THOMAS S. VALENTE**

Pursuant to Local Civil Rule 83.6(b), Thomas S. Valente withdraws as counsel in this action. Plaintiff Medical Solutions, Inc. ("MSI") will continue to be represented by James H. Laughlin, Jr. and John P. Moran of Holland & Knight LLP, both of whom have previously entered their appearances on behalf of MSI. No trial date has been set in this action.

Respectfully submitted,

| /s/ Thomas S. Valente | /s/ John P. Moran |
|---|---|
| Thomas S. Valente (DC Bar No. 480622) <br> HOLLAND & KNIGHT, LLP <br> 2099 Pennsylvania Ave., N.W. <br> Suite 100 <br> Washington, D.C. 20006 <br> Telephone: 202 955-3000 <br> Facsimile: 202 955-5564 | James H. Laughlin, Jr. (DC Bar No. 105064) <br> John P. Moran (DC Bar No. 375888) <br> HOLLAND & KNIGHT, LLP <br> 2099 Pennsylvania Ave., N.W. <br> Suite 100 <br> Washington, D.C. 20006 <br> Telephone: 202 955-3000 <br> Facsimile: 202 955-5564 <br> Attorneys for Plaintiff Medical Solutions, Inc. |

Dated: December 19, 2006

# 4256203_v1