UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C CHANGE SURGICAL LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-01261 (PLF) |

ORDER

The Court has before it a motion to dismiss filed by defendant C Change Surgical LLC. For the reasons stated in the separate Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [6] to dismiss is GRANTED; it is

FURTHER ORDERED that plaintiff's request for jurisdictional discovery is DENIED; and it is

FURTHER ORDERED that this case is dismissed for lack of personal jurisdiction. The Clerk of the Court shall remove this case from the docket of the Court. All other pending motions are denied as moot. This is a final appealable order. See Fed. R. App. P. 4(a).

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
DATE: December 29, 2006          United States District Judge