UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C CHANGE SURGICAL LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-CV-01261 (PLF) |

### NOTICE OF APPEAL

Notice is hereby given, pursuant to Federal Rule of Appellate Procedure 3, that Plaintiff Medical Solutions, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order of dismissal entered in this action on the 29th day of December, 2006.

Respectfully submitted,

_____
James H. Laughlin, Jr. (D.C. Bar No. 105064)
John P. Moran (D.C. Bar No. 375888)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202 955-3000
Facsimile: 202 955-5564

Dated: January 25, 2007                         *Attorneys for Plaintiff Medical Solutions, Inc.*

RECEIVED

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, John P. Moran, certify that on this date, I served a certified true and correct copy of the foregoing Notice of Appeal, by regular mail, upon counsel of record for defendant:

>Constance K. Robinson, Esq.
>KILPATRICK STOCKTON LLP
>607 14th Street, NW
>Suite 900
>Washington, DC 20005-2018
>
>Steven Gardner, Esq.
>Tonya R. Deem, Esq.
>Jon R. Pierce, Esq.
>KILPATRICK STOCKTON LLP
>1001 West Fourth Street
>Winston-Salem, NC 27101-2400

Dated: January 25, 2007

*/s/ John P. Moran*
John P. Moran

# 4305300_v1